**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 1:10-CR-00086-26-RWS |
| REMBERTO ARGUETA, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [716] of Magistrate Judge E. Clayton Scofield, III. Defendant has filed Objections [718] to the Report and Recommendation in which he objects to the Magistrate Judge's failure to address two issues.

First, Defendant asserts that "the agents who obtained Defendant's 2008 statement knew that the Defendant was represented by counsel but failed to notify said counsel about the interview before it took place." Objs. [718] at 1. However, Defendant was represented by counsel in a separate state court prosecution. "[I]f an accused is properly advised of the right to counsel under Miranda and non-coercively, knowingly and intelligently waives that right,

representation by counsel on an unrelated matter will not taint that waiver and the statements are admissible." Gore v. Sec'y for Dept. of Corrections, 492 F.3d 1273, 1301 (11th Cir. 2007) (citing McNeil v. Wisconsin, 501 U.S. 171, 177 (1991)). Second, Defendant asserts "that the agents who obtained Defendant's 2010 statement knew that the Defendant was indicted on the instant offense but failed to disclose said information to the Defendant before the interview took place." Objs. [718] at 1-2. However, "a suspect's awareness of all the possible subjects of questioning in advance of interrogation is not relevant to determining whether the suspect voluntarily, knowingly, and intelligently waived his Fifth Amendment privilege." Colo. v. Spring, 479 U.S. 564, 577 (1987). Thus, the two issues that Defendant asserts that the Magistrate Judge failed to address do not affect the validity of the conclusion reached.

Having reviewed the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Defendant's Motion to Suppress [378] is **DENIED**.

**SO ORDERED** this   5th   day of September, 2012.

**RICHARD W. STORY**
United States District Judge

2